**Electronically Filed
Supreme Court
SCWC-12-0000322
15-DEC-2014
10:49 AM**

SCWC-12-0000322

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KYLE GORDON ROTHENBORG,
Petitioner/Plaintiff-Appellee,

vs.

JOSLYN SUAN ROTHENBORG,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D NO. 02-1-3956)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Kyle Gordon Rothenborg's

Application for Writ of Certiorari, filed on November 8, 2014,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 15, 2014.

Michael A. Glenn
for petitioner

Dennis E. W. O'Conner, Jr.
and Lahela H. F. Hite
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson